```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF KANSAS
```

**BLAKE SANDLAIN,**

               Petitioner,

      v.                             CASE NO. 17-3103-JWL

**NICOLE ENGLISH,**

               Respondent.

**MEMORANDUM AND ORDER**

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2241. On October 5, 2017, the U.S. Court of Appeals for the Tenth Circuit affirmed the Court's dismissal of this matter but remanded it for clarification that the dismissal of this matter is based upon the lack of statutory jurisdiction, and therefore, is without prejudice. *Sandlain v. English*, ___ Fed.Appx. ___, 2017 WL 4479370 (10th Cir. October 5, 2017).

IT IS, THEREFORE, BY THE COURT ORDERED the Clerk of the Court shall note upon the docket that the petition is dismissed without prejudice for lack of statutory jurisdiction.

**IT IS SO ORDERED.**

DATED: This 27th day of November, 2017, at Kansas City, Kansas.

                                        s/ John W. Lungstrum

                                        JOHN W. LUNGSTRUM
                                        U.S. District Judge